IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEVEN M. DENENBERG, | ) | CASE NO.: 8:07-cv-00150 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| BORKO B. DJORDJEVIC, | ) | |
| Defendant. | ) | |

Plaintiff is given leave to file a response to Defendant's Motion to Dismiss on or before August 27, 2007.

Dated this 25 day of July, 2007.

BY THE COURT

_____
JUDGE