## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **STEVEN M. DENENBERG,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV150 |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **BORKO B. DJORDJEVIC,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court sua sponte. This matter has been stayed based on the defendant's request since approximately May 2008. The defendant represented to this court he would be prepared to proceed by January 2009. **See** Filing No. 25. Although, the plaintiff filed this case on April 20, 2007, no initial progression order has been entered. Accordingly,

**IT IS ORDERED:**

1. The stay in this case is lifted.

2. The parties shall meet, confer and file a joint planning report in accordance with the requirement of Fed. R. Civ. P. 26(f) **no later than February 2, 2009**. The court may impose sanctions on any party who fails to comply with this order pursuant to Fed. R. Civ. P. 16(f).

DATED this 2nd day of January, 2009.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge