**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **STEVEN M. DENENBERG,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:07CV150** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **BORKO B. DJORDJEVIC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the plaintiff's Motion to Extend Time for Rule 26(f) Filing (Filing No. 37).  The plaintiff seeks a thirty-day extension of time to file the parties' planning report due to the defendant's presence outside the country.  The court finds good cause exists for a brief extension.  Upon consideration,

**IT IS ORDERED:**

1.      The plaintiff's Motion to Extend Time for Rule 26(f) Filing (Filing No. 37) is granted.

2.      The parties have **until March 4, 2009**, to file their report to the court pursuant to Fed. R. Civ. P. 26(f).

DATED this 4th day of February, 2009.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge