IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEVEN M. DENENBERG, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV150 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| BORKO B. DJORDJEVIC, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court after a telephone conference with counsel for the parties on March 26, 2009. Counsel for the defendant, Wendell W. Faile, entered his appearance at the time of the conference. Upon consideration,

**IT IS ORDERED:**

1. A telephone conference will be held with the undersigned magistrate judge on **April 10, 2009, at 2:00 p.m. Central Standard Time** for the purpose of reviewing the preparation of the case to date and scheduling of the case to trial. Plaintiff's counsel shall initiate the call.

2. Mr. Faile shall submit the forms required for his pro haec vice admission in this matter forthwith.

3. The Clerk of Court shall add Mr. Faile as counsel for the defendant as follows:
   Wendell W. Faile
   28190 Avenida Primavera
   Cathedral City, CA 92234
   (760) 325-6390

DATED this 26th day of March, 2009.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge