# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEVEN M. DENENBERG,   )<br>                                              )<br>            Plaintiff,                  )<br>                                              )            8:07CV150<br>    vs.                                     )<br>                                              )            ORDER<br>BORKO B. DJORDJEVIC,       )<br>                                              )<br>            Defendant.            ) | |

This matter is before the court following a telephone conference with counsel for the parties on April 10, 2009.

**IT IS ORDERED:**

The **telephone** planning conference with the undersigned magistrate judge is continued to **April 17, 2009, at 2:30 p.m. Central Daylight Time**. Plaintiff's counsel shall initiate the telephone conference.

DATED this 10th day of April, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge