## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEVEN M. DENENBERG, | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:07CV150** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| BORKO B. DJORDJEVIC, | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the Motion for Leave to Withdraw as Counsel for the Defendant (Filing No. 50) filed by Wendell W. Faile.  Mr. Faile also filed his declaration (Filing No. 51) in support of the motion.  Mr. Faile explains he did not intend to enter his appearance on behalf of the defendant during the March 26, 2009, telephone conference and has since declined to represent the defendant.  The defendant is aware of Mr. Faile's decision and does not oppose the motion to withdraw.  Accordingly, the court finds good cause exists to grant Mr. Faile's motion.

Upon the filing of this order, the defendant is again proceeding *pro se*.  Accordingly, the court will direct the Clerk of Court to file documents received from the defendant on or about May 7, 2009.  Such documents are deemed filed on today's date.  Specifically, the documents should be filed as described below.  Upon consideration,

**IT IS ORDERED:**

1.      Mr. Faile's Motion for Leave to Withdraw as Counsel for the Defendant (Filing No. 50) is granted.  The Clerk of Court shall stop any notice to Mr. Faile regarding this case.

2.      The defendant is now proceeding *pro se* and counsel for the plaintiff may communicate with the defendant directly.

3.      The Clerk of Court shall file the following documents as if they were filed on today's date using the specific event types listed.  The Clerk of Court shall file:

        a.      as a motion, the defendant's Motion to Bring in Third-Party Defendants;

b.      as a brief, the defendant's Memorandum of Points and Authorities in Support of Motion;

c.      as an index of evidence, the defendant's Declaration of Defendant in Support of Motion, with two attachments:  (1) the unsigned Summons on Third-Party Complaint, and (2) the proposed Third-Party Complaint; and

d.      the related certificate of service.

4.      The plaintiff shall have to **on or before June 5, 2009**, to file a response to the defendant's Motion to Bring in Third-Party Defendants.

5.      The Clerk of Court shall send a copy of this order to Mr. Faile and to the defendant:

Wendell W. Faile                     Borko B. Djordjevic
28190 Avenida Primavera              Voj. Dobrnjca 16
Cathedral City, CA 92234             Beograd 1100
                                     SERBIA

DATED this 20th day of May, 2009.

BY THE COURT:


 s/ Thomas D. Thalken
United States Magistrate Judge