## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEVEN M. DENENBERG, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV150 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| BORKO B. DJORDJEVIC, | ) | |
| | ) | |
| Defendant and | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MELISSA JOHNSON, JOHN OSAKA, | ) | |
| and DOCTORS SURGERY CENTER, | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

This matter is before the court on the defendant's Motion for Extension of Time in Which to Serve Third Party Defendants (Filing No. 61). The defendant filed a declaration (Filing No. 62) in support of the motion. The defendant seeks an extension of time for two weeks to complete service of process for his Third Party Complaint (Filing No. 59). The defendant explains the extension of time is necessary due to difficulty serving the third-parties from outside this country and to difficulty locating the third-parties. Upon consideration,

**IT IS ORDERED:**

1. The defendant's Motion for Extension of Time in Which to Serve Third Party Defendants (Filing No. 61) is granted.

2. The defendant shall have to **on or before July 24, 2009**, to serve each of the third-party defendants with a summons and the Third-Party Complaint in accordance with Fed. R. Civ. P. 4, and file proof of such service.

DATED this 10th day of July, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge