IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEVEN M. DENENBERG, | ) |
|       Plaintiff and Cross Plaintiff, | ) 8:07CV150 |
| vs. | ) ORDER |
| BORKO B. DJORDJEVIC, | ) |
|       Defendant and Third-Party Plaintiff, | ) |
| vs. | ) |
| JOHN OSAKA, | ) |
|       Third-Party Defendant, | ) |
| and | ) |
| DOCTORS SURGERY CENTER, d/b/a Surgeontothestars.com | ) |
|       Third-Party Defendant and Cross Defendant. | ) |

      This matter is before the court sua sponte.

      The undersigned magistrate judge will conduct a telephone planning conference with counsel for all parties and Mr. Djordjevic on **March 19, 2010, at 10:00 a.m. Central Standard Time** (8:00 a.m. Pacific Standard Time and 4:00 p.m. Serbia time).  Mr. Denenberg will initiate the telephone conference.  At least two days prior to the conference, Mr. Djordjevic <u>shall</u> notify Mr. Denenberg of Mr. Djordjevic's telephone number in Serbia.  Failure to participate in the telephone conference may result in the entry of default or dismissal.

      DATED this 1st day of March, 2010.

      BY THE COURT:

      s/Thomas D. Thalken
      United States Magistrate Judge