IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEVEN M. DENENBERG, ) | |
| ) | 8:07CV150 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | MEMORANDUM AND ORDER |
| BORKO B. DJORDJEVIC, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the Borko Djordjevic's objection, Filing No. 107, to the findings and recommendation of the magistrate judge, Filing No. 106. The magistrate judge entered an order, Filing No. 105, requiring Mr. Djordjevic to show cause why he failed to comply with the court's March 1, 2010, order. Mr. Djordjevic did not respond. The magistrate judge then sua sponte issued his findings and recommendations to this court suggesting that Mr. Djordjevic's third-party complaint against Doctors Surgery Center be dismissed without prejudice. Filing No. 106. The magistrate judge gave Djordjevic until the time of default judgment to cure his deficiencies. Djordjevic filed objections to the magistrate judge's findings and recommendation. Filing No. 107. In his objections Mr. Djordjevic states that he (1) has not received all the documents in this case, and (2) has been in very poor health. Filing No. 107. He attached medical records to support his contention of poor health. Filing No. 107, attachments.

. Pro se litigants must comply with court orders. *Farnsworth v. City of Kansas City, Mo.*, 863 F.2d 33, 34 (8th Cir. 1988). Failure to do so may result in dismissal for failure to prosecute. *Roberts v. Missouri Div. of Employment*, 636 F.2d 249, 250 (8th Cir. 1980). The court will overrule the objections to the findings and recommendation. However, the

court will give Mr. Djordjevic **thirty (30) days** from the date of this order to comply with the requirements as set forth by the magistrate judge, or to file a motion with the magistrate judge for additional time. Mr. Djordjevic must comply with the orders of the magistrate judge. Failure to do so will result in dismissal of Mr. Djordjevic's third-party complaint.

THEREFORE, IT IS ORDERED:

1. The objections to the findings and recommendation, Filing No. 107, are overruled.

2. The findings and recommendation, Filing No. 106, is adopted as set forth herein.

3. The Clerk of Court is ordered to mail a copy of this order to the plaintiff at his last known mailing address, to contact him to confirm that he is receiving all pleadings in this case, and to make a text entry accordingly.

DATED this 9th day of August, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.