IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEVEN M. DENENBERG, | ) | |
| | ) | |
| Plaintiff and | ) | 8:07CV150 |
| Cross Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| BORKO B. DJORDJEVIC, | ) | |
| | ) | |
| Defendant and | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DOCTORS SURGERY CENTER, | ) | |
| d/b/a Surgeontothestars.com | ) | |
| | ) | |
| Third-Party Defendant and | ) | |
| Cross Defendant. | ) | |

This matter is before the court *sua sponte*.

**IT IS ORDERED:**

A telephone conference will be held with the undersigned magistrate judge on **September 14, 2010, at 10:00 a.m. Central Standard Time** for the purpose of reviewing the preparation of the case to date and scheduling of the case to trial. The plaintiff's counsel shall initiate the call.

DATED this 16th day of August, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge