# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEVEN M. DENENBERG, | ) | |
| | ) | |
| Plaintiff and | ) | 8:07CV150 |
| Cross Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| BORKO B. DJORDJEVIC, | ) | |
| | ) | |
| Defendant and | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DOCTORS SURGERY CENTER, | ) | |
| d/b/a Surgeontothestars.com | ) | |
| | ) | |
| Third-Party Defendant and | ) | |
| Cross Defendant. | ) | |

This matter is before the court on the plaintiff's Motion to Compel (Filing No. 116). The plaintiff seeks an order compelling Doctors Surgery Center to provide responses to interrogatories, pursuant to Fed. R. Civ. P. 33, and a complete corporate disclosure statement as required by Fed. R. Civ. P. 7.1. Doctors Surgery Center did not file a response to the plaintiff's motion.

On April 6, 2010, the plaintiff served interrogatories on Doctors Surgery Center, but has received no response. See Filing No. 102 - Interrogatories with Notice of Service; Filing No. 116 - Motion ¶¶ 1-2. "The responding party must serve its answers and any objections within 30 days after being served with the interrogatories." See Fed. R. Civ. P. 33(b)(2). Absent timely answers or objections, the responding party may waive objections and be subject to a sanction including payment of the moving party's reasonable expenses. See Fed. R. Civ. P. 33(b)(4); Fed. R. Civ. P. 37. Further, on October 30, 2009, Doctors Surgery Center filed a document titled Disclosure of Corporate Affiliations, Financial Interest, and Business Entity Citizenship, however such document fails to provide the information required by the federal rules. See Filing No. 87. Doctors Surgery Center fails

to provide any explanation or justification for its failure to respond to discovery or make required disclosures. Accordingly, the plaintiff's motion is granted as set forth below. Upon consideration,

**IT IS ORDERED:**

1. The plaintiff's Motion to Compel (Filing No. 116) is granted.

2. **On or before November 17, 2010**, Doctors Surgery Center shall provide responses to the plaintiff's April 6, 2010, interrogatories, pursuant to Fed. R. Civ. P. 33, without objection, and a complete corporate disclosure statement as required by Fed. R. Civ. P. 7.1.

3. **On or before November 17, 2010**, Doctors Surgery Center shall show cause why sanctions, including the award of attorneys' fees under Fed. R. Civ. P. 37(b)(2)(C), should not be imposed.

DATED this 1st day of November, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.