# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEVEN M. DENENBERG, | ) | |
| | ) | |
|     Plaintiff and | ) | 8:07CV150 |
|     Cross Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| BORKO B. DJORDJEVIC, | ) | |
| | ) | |
|     Defendant and | ) | |
|     Third-Party Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DOCTORS SURGERY CENTER, | ) | |
| d/b/a Surgeontothestars.com | ) | |
| | ) | |
|     Third-Party Defendant and | ) | |
|     Cross Defendant. | ) | |

This matter is before the court on the plaintiff's Request for Additional Time to Submit Order on Final Pretrial Conference (Filing No. 136), Request for Additional Time to Submit Itemization of Fees (Filing No. 137), and Motion to Reschedule Trial (Filing No. 138). Counsel for the plaintiff states he has been hospitalized and remains hospitalized for an undiagnosed illness and requests extensions of the pending trial and other deadlines. Under the circumstances and for good cause shown, the motions will be granted.

**IT IS ORDERED:**

1. The plaintiff's Request for Additional Time to Submit Order on Final Pretrial Conference (Filing No. 136) is granted. The parties shall have to **on or before February 7, 2011**, to submit the final draft of the Order on Final Pretrial Conference.

2. The plaintiff's Request for Additional Time to Submit Itemization of Fees (Filing No. 137) is granted. The plaintiff shall have until **February 7, 2011**, to file an

itemization of his fees, in accordance with the December 27, 2010, Memorandum and Order (Filing No. 135).

3. The plaintiff's Motion to Reschedule Trial (Filing No. 138) is granted. The trial previously scheduled for January 18, 2011, is cancelled. Trial of this matter will be rescheduled upon receipt of the Order on Final Pretrial Conference.

DATED this 4th day of January, 2011.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.