IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEVEN M. DENENBERG, | ) | |
| | ) | |
|     Plaintiff and | ) | 8:07CV150 |
|     Cross Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| BORKO B. DJORDJEVIC, | ) | |
| | ) | |
|     Defendant and | ) | |
|     Third-Party Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DOCTORS SURGERY CENTER, | ) | |
| d/b/a Surgeontothestars.com | ) | |
| | ) | |
|     Third-Party Defendant and | ) | |
|     Cross Defendant. | ) | |

This matter is before the court after a telephone conference with Norman Denenberg, representing the plaintiff, and Edwin R. Cottone, representing Doctors Surgery Center. During the conference counsel indicated additional time is needed to complete the draft pretrial order. Accordingly,

**IT IS ORDERED:**

1. The parties shall have to **on or before May 31, 2011**, to submit the final draft of the Order on Final Pretrial Conference.

2. After receipt and review of the Order on Final Pretrial Conference, the court will schedule a telephone conference in order to set the matter for trial.

DATED this 7th day of April, 2011.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge