IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **STEVEN M. DENENBERG,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV150 |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| **DOCTORS SURGERY CENTER,** | ) | |
| d/b/a Surgeontothestars.com, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the parties' Stipulation to Continue Trial Date (Filing No. 153). Counsel for Doctors Surgery Center seeks to extend the previously scheduled pretrial deadlines and trial date by forty-two days due to his desire to participate in a wedding. The plaintiff's counsel does not oppose the extension as requested. Upon consideration,

**IT IS ORDERED:**

1. The parties' Stipulation to Continue Trial Date (Filing No. 153) is adopted.

2. Trial of this matter is re-scheduled to commence before Chief Judge Joseph F. Bataillon on **October 3, 2011**, for two days.

3. The court will hold a Final Pretrial Conference with counsel on **September 7, 2011, at 1:30 p.m.** (Central Daylight Time), in chambers, Suite 2271, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The final pretrial conference **shall be attended by lead counsel for represented parties**. Prior to the pretrial conference, the parties shall **jointly** complete all items as directed in NECivR 16.2. Failure to participate in preparing the Final Pretrial Order or attending the Final Pretrial Conference may result in dismissal of a party's claims or defenses pursuant to Fed. R. Civ. P. 41. The court may elect to hold the pretrial conference by telephone, and thereby excuse counsel from appearing in person, only if counsel provide the court with a final agreed upon and fully executed draft of the pretrial order **no later than noon on September 1, 2011**. Such final draft shall be provided to the undersigned magistrate judge by means of a fax or e-mail.

DATED this 27th day of July, 2011.

BY THE COURT:
s/Thomas D. Thalken
United States Magistrate Judge