IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEVEN M. DENENBERG, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV150 |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| DOCTORS SURGERY CENTER, | ) | |
| d/b/a Surgeontothestars.com, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court after a telephone conference with counsel for the parties on September 7, 2011. Norman H. Denenberg represented the plaintiff and Edwin R. Cottone represented Doctors Surgery Center. Both counsel were unprepared to conduct the previously scheduled pretrial conference on this date. Following a discussion with counsel the parties' joint oral motion to continue the pretrial conference is granted as follows,

**IT IS ORDERED:**

The court will hold a Final Pretrial Conference with counsel on **September 16, 2011, at 10:00 a.m.** (Central Daylight Time), in chambers, Suite 2271, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The final pretrial conference **shall be attended by lead counsel for represented parties**. Prior to the pretrial conference, the parties shall jointly complete all items as directed in NECivR 16.2. Failure to participate in preparing the Final Pretrial Order or attending the Final Pretrial Conference may result in dismissal of a party's claims or defenses pursuant to Fed. R. Civ. P. 41. Counsel shall provide the court with a final agreed upon draft of the pretrial order **no later than noon on September 15, 2011**. Such final draft shall be provided to the undersigned magistrate judge by means of a fax or e-mail.

DATED this 7th day of September, 2011.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge