IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEVEN M. DENENBERG, ) | |
| ) | 8:07CV150 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DISMISSAL ORDER |
| DR. BORKO B. DJORDJEVIC, ) | |
| ) | |
| Defendant. ) | |

The matter before the court is the parties' joint Stipulation of Dismissal with prejudice, of the crossclaim by the plaintiff against cross-defendant Doctors Surgery Center, Filing No. 180.  The parties tell the court they expect the settlement agreement to finalize on or before January 15, 2012.  The court finds that the cross-complaint should be dismissed on January 15, 2012, or earlier if the parties comply with the settlement agreement prior to that date.

IT IS ORDERED that on January 15, 2012, the cross-plaintiff/plaintiff's cause of action against the cross-defendant/defendant is hereby dismissed in its entirety, with prejudice, and with the parties to be responsible for their own costs and attorney fees.

DATED this 1st day of November, 2011.

BY THE COURT:


s/ Joseph F. Bataillon
Chief United States District Judge